J. CALEB DALTON* (D.C. Bar No. 1033291)
cdalton@ADFlegal.org
M. CASEY MATTOX* (D.C. Bar No. 1033672)
cmattox@ADFlegal.org
DAVID A. CORTMAN* (D.C. Bar No. 478748)
dcortman@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
440 1st St NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622

MICHAEL L. RENBERG (SBN 136217)
mrenberg@prcelaw.com
PARICHAN, RENBERG & CROSSMAN
1300 E. Shaw Ave., #126
Fresno, CA  93710
Telephone: (559) 431-6300
Facsimile: (559) 432-1018

Attorneys for Plaintiff
*Appearing *pro hac vice*

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
NORMAN J. HAMILL (SBN 154272)
norman.hamill@ucop.edu
JESLYN A. EVERITT (SBN 274701)
jeslyn.everitt@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUNG AMERICANS FOR LIBERTY AT UNIVERSITY OF CALIFORNIA BERKELEY, an unincorporated association on behalf of itself and its members,<br><br>          Plaintiff,<br><br>     v.<br><br>JANET NAPOLITANO, in her official capacity as President of the University of California and in her individual capacity; CAROL CHRIST, in her official capacity as Chancellor of the University of California, Berkeley, and in her individual capacity; STEPHEN SUTTON, in his official capacity as Interim Vice Chancellor of Student Affairs of the University of California, Berkeley, and in his individual capacity; JOHN or JANE DOE, in his or her official capacity as LEAD Center Director at the University of California, Berkeley; DAISY DOE, in his or her official capacity as Peer Leadership Consultant LEAD Center University of California, Berkeley, and in his or her individual capacity,<br><br>          Defendants. | Case No. 3:17-cv-06899-JD<br><br>**STIPULATION TO SET DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Place:   Courtroom 11, 19th Floor<br>Judge:   James Donato |

# STIPULATION

In support of this Stipulation, the Parties state as follows:

WHEREAS, on December 20, 2017, Plaintiff served the Complaint on Defendants, and therefore, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants have until January 10, 2018, to respond to the Complaint;

WHEREAS, the parties have agreed to a 30-day extension for Defendants to respond to the Complaint, making any response due on February 9, 2018;

WHEREAS, this stipulated extension of time will not alter the date of any event or any deadline already fixed Court order;

NOW THEREFORE, pursuant to L.R. 6-1(a), Plaintiff and Defendants through their counsel of record stipulate to the following:

IT IS HEREBY STIPULATED that Defendants shall have until February 9, 2018 to respond to the Complaint.

Respectfully submitted,

DATED:  January 5, 2018         ALLIANCE DEFENDING FREEDOM


By: _____/s/ J. Caleb Dalton_____
     J. CALEB DALTON
     Attorneys for Plaintiff

DATED:  January 5, 2018         UNIVERSITY OF CALIFORNIA


By: _____/s/ Jeslyn A. Everitt_____
     JESLYN A. EVERITT
     Attorneys for Defendants

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Jeslyn A. Everitt, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/ Jeslyn A. Everitt*